777 A.2d 297

IN THE MATTER OF TERRY L. SHAPIRO,
AN ATTORNEY AT LAW.

July 6, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–127 concluding that **TERRY L. SHAPIRO** of **NEWARK,** who was admitted to the bar of this State in 1974, should be suspended from the practice of law for a period of three months for violating *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **TERRY L. SHAPIRO** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective August 1, 2001; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.